**Teresa N. BENBENEK, Appellant,**

**v.**

**Thomas P. BENBENEK, Respondent.**

**No. ED 104193**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: June 13, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 2017

Motion for Transfer to Supreme Court Denied October 5, 2017

FOR APPELLANT: Lawrence G. Gillespie, 120 South Central Avenue, Suite 650, Clayton, Missouri 63105, Dennis Jay Curland, 225 South Meramec, Suite 320T, Clayton, Missouri 63105.

FOR RESPONDENT: David A. Roither, 7733 Forsyth Boulevard, Suite 1850, Clayton, Missouri 63105, Thomas J. Kar-

sten, Jr., 8000 Maryland Ave., Suite 640, Saint Louis, Missouri 63105.

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

## ORDER

PER CURIAM

Teresa N. Shelledy-Benbenek ("Mother") appeals the trial court's judgment modifying custody between her and her former husband, Thomas P. Benbenek ("Father"), over their minor children, H.B. and Q.B. (collectively the "Children"). Mother raises three points on appeal: (1) the trial court erred in awarding Father sole legal custody of the Children because there was no substantial change in circumstances; (2) the trial court erred in changing the designation of residential parent from Mother to Father because there was no substantial change of circumstances; and (3) the trial court erred in continuing to allocate physical custody equally between the parties. Finding no error of law, we affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).